UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONIA N. CANCEL,

                Plaintiff,

-against-                25-CV-6848 (JGLC)

COMMISSIONER OF THE SOCIAL      **SCHEDULING ORDER**
SECURITY ADMINISTRATION,

                Defendant.

JESSICA G. L. CLARKE, United States District Judge:

      The parties are advised that the proceedings in this case will be governed by the federal Supplemental Rules for Social Security Actions and the Court's Local Social Security Rules.

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Krause.

      If both parties consent to proceed before Judge Krause, counsel for the Defendant must, **no later than September 12, 2025**, submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Judge Krause rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered. An information sheet on proceedings before magistrate judges is also attached to this Order.

If either party does not consent to conducting all further proceedings before Judge Krause, the parties must file a joint letter, **no later than September 12, 2025**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** At that time, the Court will then refer this case to Judge Krause for a report and recommendation. The parties are free to withhold consent to conducting all further proceedings before Judge Krause without negative consequences.

Dated: September 3, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge