UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

S.C.,

                        Plaintiff,                    **ORDER**

      -against-                    25 Civ. 6848 (AEK)

COMMISSIONER OF SOCIAL SECURITY

                    Defendant.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Now that the government shutdown has concluded, the Clerk of Court is hereby directed to lift the stay in this matter. In accordance with the Standing Order that was docketed in this case on October 16, 2025, *see* ECF No. 9, and Rules 4, 6, 7, and 8 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g), the schedule for the parties' submissions is automatically adjusted as follows:

(1)     The Commissioner must file a certified copy of the administrative record by **December 16, 2025**.

(2)     Plaintiff's brief must be filed by **January 15, 2026**.

(3)     The Commissioner's brief must be filed by **February 17, 2026**.

(4)     Plaintiff's reply, if any, must be filed by **March 3, 2026**.

Dated: November 17, 2025
         White Plains, New York

                                          **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge